In re Steven MUNZ.

No. 2013–1421.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2014.

James Daniel Berquist, Davidson Berquist Jackson & Gowdey, LLP, of Arlington, Virginia, argued for appellant. With him on the brief was Donald Lee Jackson.

Lore A. Unt, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Acting Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

DYK, PROST, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**